436 F.2d 1381
 Benjamin Jerrel BROWN, Appellant,
v.
The STATE OF CALIFORNIA et al., Thomas C. Lynch, Attorney
General of the State of California, John M. Dean, Deputy
District Attorney of the City and County of San Francisco,
Joseph Akzam and Warren T. Jenkins, Senior and Deputy
Probation Officers of the Adult Probation Department of the
City and County of San Francisco, John Doe Hall and John
Doe, Police Officers of the City and County of San
Francisco, Joseph P. Kennedy, Deputy Public Defender of the
San Francisco Public Defender Office, Each John Doe Member
of the Adult Authority of the California Department of
Correction of the State of California, Walter China, Parole
Officer of the Adult Department of Parole, Department of
Correction of the State of California, Terry Francois and J.
Tony Serra, attorneys at law of the California Bar
Association, State of California, Appellees.
 No. 25950.
 United States Court of Appeals, Ninth Circuit.
 Feb. 9, 1971.
 
 Benjamin Jerrel Brown, in pro per.
 Evelle J. Younger, Atty. Gen. of Cal., John T. Murphy, Sanford Svetcov, Deputy Attys. Gen., Thomas M. O'Connor, City Atty., Raymond D. Williamson, Jr., Deputy City Atty., San Francisco, Cal., for appellee.
 Before HAMLEY, DUNIWAY and KILKENNY, Circuit Judges.
 PER CURIAM:
 
 
 1
 The district court did not err in dismissing this civil rights action. The complaint did not state a claim against any of the defendants and, under the circumstances, could not have been amended to do so.
 
 
 2
 Affirmed.